630

No. 878. METROPOLITAN LIFE INSURANCE Co. *v.* UNITED STATES. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Harry Cole Bates* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum* for the United States.

No. 884. GOOD COAL Co. *v.* NATIONAL LABOR RELATIONS BOARD. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Cleon K. Calvert* for petitioner. *Solicitor General Biddle* and *Messrs. Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Owsley Vose* for respondent.

No. 727. MORSE *v.* BRAGG. May 20, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *John H. Morse, pro se.*

No. 951. TAGGART *v.* ABRAHAM ET AL. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Grantham I. Taggart, pro se.*

No. 970. COOK ET AL. *v.* ARMOUR & Co. ET AL. May 6, 1940. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* denied. *Isaiah Cook* and *Henrietta*